# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dwayne Lamort Dacus, | ) C/A No. 6:10-370-RBH-WMC |
| Plaintiff, | ) |
| vs. | ) **Order** |
| Willie Bamberg, Chief; and Orangeburg County (County 38), | ) |
| Defendants. | ) |

This matter is before the court because of the plaintiff's failure to respond to the Court's order entered on February 24, 2010.

A review of the record indicates that the Magistrate Judge ordered the plaintiff to submit items needed to render the above-captioned case into proper form within twenty-one days, plus three days for mail time, and that if he failed to do so, his case would be dismissed *without prejudice*. The Magistrate Judge's order was sent to the last known address of the plaintiff. The plaintiff has failed to provide the Court with the necessary documents and his time to do so has expired. Accordingly, the above-captioned case must be dismissed *without prejudice* pursuant to FRCP 41.

**IT IS SO ORDERED**.

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

April 5, 2010
Florence, South Carolina